UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAIN M. ROBBINS,

       Plaintiff,

v.                                Case No. 8:06-cv-919-T-24-EAJ

MICHAEL J. ASTRUE,
Commissioner of the U.S.
Social Security Administration,

       Defendant.
_____/

## **O R D E R**

       This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the U.S. Social Security Administration denying his claim for Supplemental Security Income and Disability Insurance Benefits.  (Doc. No. 1.) This complaint was considered by the United States Magistrate Judge.  Magistrate Judge Jenkins filed her Report and Recommendation, finding that the Administrative Law Judge's decision is supported by substantial evidence and proper legal principles, and recommending that the Commissioner's decision be affirmed.  (Doc. No. 22.)  All parties were furnished copies of the Report and Recommendation on August 1, 2007, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff filed objections to the Magistrate's Report on August 13, 2007.  (Doc. No. 23.)

       Upon consideration of the Report and Recommendation and Plaintiff's objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 22) is adopted and incorporated by reference in this Order of the Court;

(2) The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**; and

(3) Each party shall bear its own costs and expenses; and

(4) The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of August, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record